| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |

BEFORE:   JAMES ORENSTEIN                              DATE:      3/17/2011
          U.S. MAGISTRATE JUDGE                         TIME:      12:30 p.m.

*Saint-Guillen et al v. United States of America*
**08-CV-0441 (DLI) (JO)**

TYPE OF CONFERENCE:  Telephone

APPEARANCES:     Plaintiffs      Scott W. Epstein

                 Defendant       Timothy D. Lynch

SCHEDULING: The next telephone conference will be held on March 24, 2011, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE:  The parties anticipate that the Surrogate will soon approve the settlement and that they will then stipulate to dismiss this action. If they file such a stipulation by March 23, 2011, I will cancel the conference scheduled above; otherwise I direct the plaintiff's counsel to initiate the telephone conference call.

                                                        SO ORDERED

                                                        /s/ James Orenstein
                                                        JAMES ORENSTEIN
                                                        U.S. Magistrate Judge